# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOUNG YIL JO, | Case No.  1:13-cv-01653-AWI-MJS (PC) |
| Plaintiff, | ORDER DISMISSING ACTION, WITH PREJUDICE, FOR FAILURE TO STATE A CLAIM |
| v. | |
| SIX UNKNOWN AGENTS OR MR. PRESIDENT OF THE UNITED STATES BARACK OBAMA, | ECF No. 1 |
| Defendant. | |

Plaintiff Young Yil Jo is a detainee currently housed at the Etowah County Detention Center.  To date, Plaintiff has filed approximately one-hundred eighty civil cases in this district.[1] The complaint in this action is rambling and incoherent, and fails to state any cognizable claims under federal law.  Ashcroft v. Iqbal, 556 U.S. 662, 678 (2009); Bell Atlantic Corp. v. Twombly, 550 U.S. 544, 555 (2007).  Given this litigant's abusive filing practices in this district, and the utterly incoherent pleading before the Court, leave to amend is not warranted.  Lopez v. Smith, 203 F.3d 1122, 1130 (9th Cir. 2000).

Pursuant to 28 U.S.C. § 1915A, this action is HEREBY DISMISSED, WITH PREJUDICE.

IT IS SO ORDERED.

Dated:  October 22, 2013

SENIOR  DISTRICT  JUDGE

---

[1] The Court takes judicial notice of the complaints in the civil suits filed by Plaintiff in this district.

1